UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NPG, LLC d/b/a Wellness Connection, <br><br> AND <br><br> Wellness and Pain Management Connection, LLC <br><br>     Plaintiffs <br><br>     v. <br><br> Department of Administrative and Financial Services, State of Maine, <br><br> AND <br><br> Kristine Figueroa, in her official capacity as Commissioner of the Department of Administrative and Financial Services, State of Maine, <br><br>     Defendants. | Civil Action No. 1:20-cv-00107-NT |

**STIPULATION OF DISMISSAL**

The defendants have been advised by the Attorney General that the Maine Marijuana Legalization Act's residency requirement, 28-B M.R.S. sec. 202(2) (the "Residency Requirement"), is subject to significant constitutional challenges and is not likely to withstand such challenges. The Attorney General thus does not intend to defend the Residency Requirement, given the constitutional issues raised in this lawsuit. Accordingly, defendants will not be enforcing the Residency Requirement or any agency rules, regulations or guidance which enforce or implement the Residency Requirement.

1

Based on the forgoing, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that all claims are dismissed without prejudice and without fees and costs.

DATED:  May 11, 2020

/s/ Christopher C. Taub
Christopher C. Taub, Dep. Atty. Gen.
Christopher.C.Taub@maine.gov
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145

Attorney for Defendants

/s/ Matthew S. Warner
Matthew S. Warner, Maine Bar No. 4823
Jonathan G. Mermin, Maine Bar No. 9313
Preti Flaherty Beliveau & Pachios LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
207.791.3000
mwarner@preti.com
jmermin@preti.com

Attorneys for NPG, LLC d/b/a Wellness Connection


/s/ Michael D. Traister
Michael D. Traister, Esq.
Murray Plumb & Murray, P.A.
75 Pearl Street, P.O. Box 9785
Portland, ME 04101-5085
207.773.5651
mtraister@mpmlaw.com

Thomas O'Rourke (PA 308233)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
 215-665-5585
tmorourke@cozen.com

Attorneys for Wellness and Pain Management Connection, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 11th day of May, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

MATTHEW S. WARNER
mwarner@preti.com

MICHAEL D. TRAISTER
mtraister@mpmlaw.com

To my knowledge, there are no non-registered parties or attorneys participating in this case.

                /s/ Christopher C. Taub
                Christopher C. Taub
                Deputy Attorney General
                Six State House Station
                Augusta, Maine  04333-0006
                Tel.  (207) 626-8800
                Fax (207) 287-3145